UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| BRIAN MICHAEL BUEHRLE, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | No. 4:08CV443 HEA |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Movant's Motion to Reconsider the

Court's Order denying as moot Movant's Motion for Leave to Proceed *In Forma*

*Pauperis*, [Doc. No. 9]. Movant seeks pauper status in order to pursue his motion

to vacate or set aside his sentence pursuant to 28 U.S.C. § 2255.

The Court notes that a prisoner has no absolute right to a transcript to assist

him in the preparation of a collateral attack on his conviction, and constitutional

requirements are met by providing such materials only after judicial certification that

they are required to decide the issues presented by a non-frivolous pending case.

*United States v. Lewis*, 605 F.2d 379, 379 (8th Cir. 1979) (citing *United States v.*

*MacCollom*, 426 U.S. 317 (1976)). The Court has, however, granted Movant's

Motion for transcripts. As such, Movant has not demonstrated a need at this point

for this Court's determination that he should be granted pauper status. As a result,

the motion for reconsideration will be denied.

Accordingly,

**IT IS HEREBY ORDERED** that Movant's Motion for Reconsideration of

the denial of his Motion for Leave to Proceed *In Forma Pauperis*, [Doc. No. 9], is

**DENIED**.

Dated this 24th day of June, 2008.

_____
    HENRY EDWARD AUTREY
    UNITED STATES DISTRICT JUDGE