UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BRIAN MICHAEL BUEHRLE, ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | No. 4:08CV443 HEA |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

## **MEMORANDUM AND ORDER**

This matter is before the Court on its own Motion. The Court has previously ordered that Movant should receive the transcripts of his criminal proceedings. A review of the record establishes that no transcripts were prepared at the time.

Accordingly,

**IT IS HEREBY ORDERED** that the transcripts of the proceedings in cause number 4:06CR742 HEA shall be prepared and sent to Movant.

Dated this 8th day of July, 2008.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE